LANAK & HANNA, P.C.
Francis J. Lanak, Esq. (Bar No. 43487)
Colin K. McCarthy, Esq. (Bar No. 215059)
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 550-0418
Facsimile:   (714) 703-1610
flanak@lanak-hanna.com
ckmccarthy@lanak-hanna.com

Attorneys for Plaintiff UNITED STATES FOR THE USE AND BENEFIT OF MICHAEL FREDERICK PAVING CORPORATION AND MICHAEL FREDERICK PAVING CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF MICHAEL FREDERICK PAVING CORPORATION AND MICHAEL FREDERICK PAVING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY ABBOTT AND ASSOCIATES, INC., a Tennessee corporation, EDMUND SCARBOROUGH, INDIVIDUAL SURETY, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV11-03589 JAK (MANx)<br><br>**JUDGMENT**<br><br>**JS-6** |

A Stipulation for Judgment having been signed by the parties in this action and filed with this Court, the Court hereby orders:

Judgment is hereby entered in favor of the Use-Plaintiff, MICHAEL FREDERICK PAVING CORPORATION and as against the defendant, EDMUND SCARBOROUGH in the total amount of **$285,951.78**.  This judgment includes principal in the sum of $254,867.78, statutory interest in the amount of $30,584 and $500 in Court costs.

Interest shall accrue on the judgment amount at the legal rate of ten percent (10%) per annum as of March 16, 2012 until the judgment is paid in full.

Dated: March 22, 2012

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE